DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

MARK ANTHONY LOCKWOOD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0845

_____

July 17, 2026

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Kimberly K. Fernandez, Judge.

Dan W. Ripley of Ripley Law, PLLC, Pinellas Park, for Appellant.


PER CURIAM.

Affirmed.


VILLANTI, SLEET, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.